# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Cord Harris

                      Plaintiff,

v.                                            Case No.: 1:13–cv–00801
                                                Honorable Andrea R. Wood

Cook County, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 27, 2016:

      MINUTE entry before the Honorable Sidney I. Schenkier: Status hearing held. Plaintiff appears by telephonic conference. Plaintiff reports that he will be released from prison on 1/29/16. The parties report on the status of finalizing their settlement agreement. The revisions to paragraphs four and six of settlement agreement are read by the Court to the plaintiff on the record. Plaintiff gives his counsel, Patrick William Morrissey, his express approval on the record to sign the settlement agreement on plaintiff's behalf. Mr. Morrissey signed the agreement on plaintiff's behalf. The parties expect to file their stipulation to dismiss before the district judge by no later than 4/01/16. All matters subject to the referral having been concluded, the referral is hereby terminated. Mailed notice.(jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.